JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA PAREDES ACOSTA,<br>    Plaintiff,<br><br>        v.<br><br>SMG/LONG BEACH CONVENTION AND ENTERTAINMENT CENTER, et al.,<br>    Defendants. | CV 21-7147 DSF (AGRx)<br><br>Order GRANTING Motion to Remand (Dkt. 8) |

    On October 3, 2021, Plaintiff filed a motion to remand this case to state court set for hearing on November 1, 2021. Opposition was due October 11, 2021. As of the date of this order, no opposition has been filed. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for November 1 is removed from the Court's calendar.

    The Court deems the lack of opposition to be consent to the motion. V.V.V. & Sons Edible Oils Limited v. Meenakshi Overseas, LLC, 946 F.3d 542, 547 (9th Cir. 2019)(non-opposition to motion to dismiss waived any challenge to dismissal of the claims); Jenkins v. Cty. of Riverside, 398 F.3d 1093, 1095 n.4 (9th Cir. 2005) (claims can be abandoned if their dismissal is unopposed); Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995); see also Local Rule 7-12. The motion to remand is GRANTED.

The case is REMANDED to the Superior Court of California, County of Los Angeles.

   IT IS SO ORDERED.

Date: October 29, 2021             _____
                                                 Dale S. Fischer
                                                 United States District Judge